### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**CHARLES RANDALL SORENSEN**                                        **PETITIONER**
**No. 75289-509**


**v.**                              **CASE NO. 2:26-CV-00031-BSM-JJV**


**CHARLES HUMPHREY**
**Warden, FCI Forrest City Camp**                                   **RESPONDENT**

### <u>ORDER</u>

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's

proposed findings and recommendations [Doc. No. 5] are adopted, and Charles Sorenson's

emergency motion for a temporary restraining order or for a preliminary injunction [Doc. No.

3] is denied.

IT IS SO ORDERED this 9th day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE