## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CHARLES RANDALL SORENSEN**                                    **PETITIONER**
**No. 75289-509**

**v.**                                    **CASE NO. 2:26-CV-00031-BSM**

**CHARLES HUMPHREY**
**Warden, FCI Forrest City Camp**                               **RESPONDENT**

## <u>ORDER</u>

After de novo review of the record, United States Magistrate Judge Joe J. Volpe's

recommended disposition [Doc. No. 25] is adopted, and Charles Sorensen's petition for writ

of habeas corpus is dismissed without prejudice.

IT IS SO ORDERED this 13th day of May, 2026.


_____
UNITED STATES DISTRICT JUDGE