## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**CHARLES RANDALL SORENSEN**                    **PETITIONER**
**No. 75289-509**


**v.**                          **CASE NO. 2:26-CV-00031-BSM**


**CHARLES HUMPHREY**
**Warden, FCI Forrest City Camp**                    **RESPONDENT**

## <u>JUDGMENT</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of May, 2026.


UNITED STATES DISTRICT JUDGE